1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LEAH PAISNER (NJBN 175362015)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Leah.Paisner@usdoj.gov
8
   Attorneys for the United States of America
9
                              UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                      OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            ) NO. CR 13-00677 YGR
                                        )
14         Plaintiff,                   ) [PROPOSED] NO CONTACT ORDER
                                        )
15     v.                               )
                                        )
16 JOE CURTIS TUCKER, JR.,              )
                                        )
17         Defendant.                   )
                                        )
18

19     In accordance with the Court's instructions during the disposition hearing held on August 19,

20 2020, the parties propose the following language for the Court's order, prohibiting Defendant Joe Curtis

21 Tucker, Jr., from contacting the complainant victim referenced in the violation petition:

22     You must have no contact with Amber Jones, unless otherwise directed by the probation
       officer. You must stay at least 200 feet from Amber Jones, and may not email, text, call
23     on the telephone, contact through social media, or contact through a third a party without
       prior permission from the probation officer."
24
   The parties have conferred with Defendant's probation officer, who also approved the above language.
25

26     IT IS SO STIPULATED.

27 DATED: August 19, 2020                            /s/
                                            LEAH PAISNER
28                                          Special Assistant United States Attorney

   STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
   CR 13-00677 YGR

DATED: August 19, 2020                             /s/
                                                   ANGELA HANSEN
                                                   Counsel for Defendant Joe Curtis Tucker, Jr.

### [PROPOSED] ORDER

Based upon the representations made to the Court on August 19, 2020 and for good cause shown, this Court shall impose the following condition of supervision:

> You must have no contact with Amber Jones, unless otherwise directed by the probation officer. You must stay at least 200 feet from Amber Jones, and may not email, text, call on the telephone, contact through social media, or contact through a third a party without prior permission from the probation officer."

IT IS SO ORDERED.

DATED: August 21, 2020                             /s/ Yvonne Gonzalez Rogers
                                                   YVONNE GONZALEZ ROGERS
                                                   United States District Judge